# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv107

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| $120,100 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to determine the status of the case.

On July 15, 2008, this case was reassigned to the undersigned. The Complaint in this forfeiture proceeding was filed on March 10, 2006, more than two years ago. [Doc. 1]. On April 19, 2006, a Consent Order for Stay of the action was entered. [Doc. 3]. The docket reveals that the last action occurred in April 2007 when the Plaintiff filed a Response and Status Report [Doc. 6] to the Magistrate Judge's Order [Doc. 5] of April 9, 2007.

The Court will therefore require the Plaintiff to update the status report and to explain why the stay of this matter should not be lifted.

**IT IS, THEREFORE, ORDERED** that on or before fifteen days from entry of this Order, the Plaintiff shall advise the Court why the stay of this matter should not be lifted.

Martin Reidinger
United States District Judge

Signed: August 13, 2008