# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv107

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>$120,100 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>_____) | <u>O R D E R</u> |

**THIS MATTER** is before the Court *sua sponte*.

This action for civil forfeiture *in rem* was filed on March 10, 2006. [Doc. 1]. About one month later, the Plaintiff and two claimants requested that the matter be stayed pending a criminal investigation. [Doc. 3]. In July 2008, the case was reassigned to the undersigned and the Plaintiff was required to report on the status of the matter. [Doc. 7]. On August 28, 2008, the Plaintiff reported that it had agreed with the claimants in principal to dismiss this action in order to allow the forfeiture to proceed in Florida. [Doc. 8]. The Plaintiff thereafter advised through telephone contact with

chambers that all those having an interest in the matter were in agreement that the matter should be handled in Florida and the Plaintiff would move to dismiss this action. However, nothing further has occurred.

**IT IS, THEREFORE, ORDERED** that on or before October 24, 2008, the Plaintiff shall take such action as is necessary to proceed with and accomplish the dismissal of this action. Failure to do so will result in the stay of the action being lifted.

Martin Reidinger
United States District Judge

Signed: October 9, 2008